369 A.2d 710
ESTATE of Anna M. GOODHART, Deceased.
Appeal of Ann Fortney BOWMAN,
Exceptant.

Supreme Court of Pennsylvania.
Argued Oct. 14, 1976.
Decided Feb. 28, 1977.

Nauman, Smith, Shissler & Hall, James H. Stewart, Jr., Harrisburg, for appellant.

John M. Eakin, Mechanicsburg, for appellee, J. Robert Stauffer, guardian ad litem.

Richard C. Snelbaker, William L. Sunday, Mechanicsburg, for appellee, the First Bank & Trust Co. of Mechanicsburg, Pa.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION

PER CURIAM.

Decree affirmed. Costs equally divided.